1  failure.  Your record is clean.  You have one violation
2  the Court saw in here for reckless driving before you
3  went on this nonsensical crime spree here.
4            This represents pure heartbreak.  Pure
5  heartbreak is all it is.  You destroyed yourself and your
6  family's hopes and dreams right along with it.  But your
7  only chance now is to continue your education while you
8  are incarcerated and to find some type of vocation or
9  trade while you are incarcerated, and the Court knows
10 that those opportunities are there.  You can still get a
11 college degree while you are incarcerated.  The Court
12 recommends you do it, just in the hope at some point you
13 will get out and you can do something yet productive with
14 your life.
15           Now, the way the sentencing guidelines work,
16 Mr. McCoy, the Court has very little discretion.
17 Congress has decided what the punishment is.  They don't
18 know you.  They don't see you.  All they know is that
19 probably everybody who commits the crime probably ought
20 to get the max, in their view, so they don't know what
21 the Court sees here.  So the Court has very little
22 discretion in this case, and even exercising this
23 discretion, you are facing a minimum of 35 years.  Good
24 luck to you.
25           Pursuant to the Sentencing Reform Act of 1984,