AO 245 S (Rev. 3/99)(EDVA rev.) Sheet 7 - Statement of Reasons

Judgment--Page 1 of 1

Defendant: THOMAS F. MCCOY
Case Number: 2:03CR00197-006

## STATEMENT OF REASONS
(Not for Public Disclosure)

[X] The court adopts the factual findings and guideline application in the presentence report.

OR

[ ] The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary).

**Guideline Range Determined by the Court:**

Total Offense Level: 21

Criminal History Category: I

Imprisonment Range: 37 to 46 months plus 384 months consecutive

Supervised Release Range: 3 to 5 years

Fine Range: $ 7500.00 to $ 75,000.00

[ ] Fine waived or below the guideline range because of inability to pay.

Restitution: $ 38,209.77

[ ] Full restitution is not ordered for the following reason(s):

[X] The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[ ] The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

[ ] The sentence departs from the guideline range.

[ ] upon motion of the government, as a result of defendant's substantial assistance.

[ ] for the following reason(s):

Exhibit E-3