```
 ASHHU           *      INMATE EDUCATION DATA       *    01-18-2020
 PAGE 001        *           TRANSCRIPT             *    14:34:53

REGISTER NO: 55535-083     NAME..: MCCOY                 FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: ASH-ASHLAND FCI

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
ASH  ESL HAS    ENGLISH PROFICIENT            11-29-2004 1027 CURRENT
ASH  GED HAS    COMPLETED GED OR HS DIPLOMA   01-05-2005 0751 CURRENT

-------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
ASH        OFFICE MANAGER APPRENTICE     04-01-2019  CURRENT
ASH        POST SECONDARY CORRESPONDENCE 10-26-2017  CURRENT
ASH        YOUTH MENTOR PROGRAM          11-01-2019  CURRENT
ASH        LEAN SIX SIGMA                12-04-2019  01-09-2020   P   C  P   16
ASH        A&O WELLNESS AT RISK          05-07-2018  05-11-2018   P   C  P    1
VIM        COASTLINE CC BUS ORG & MGMT   06-12-2017  09-07-2017   C   C  P    0
VIM        COASTLNE COM COL BIOLOGY 100  06-12-2017  09-07-2017   C   C  P    0
VIM        COASTLINE CC INTRO STATISTICS 01-30-2017  05-30-2017   C   C  P    0
VIM        BEGINNERS BEADING CLASS       02-04-2017  03-11-2017   P   C  P    6
VIM        INTERMEDIATE GUITAR CLASS     01-09-2017  01-09-2017   P   C  P    6
VIM        COASTLNE COM COL AA DEGREE    03-03-2014  03-15-2016   P   C  P   30
VIM        CORRESPONDENCE COURSE, COLLEGE 12-01-2014 03-15-2016   P   C  P   24
VIM        CORE STABILITY INSTRUCT TRAIN 11-29-2016  01-03-2017   P   C  P    6
VIM        BEGINNERS ENGLISH GUITAR CLASS 11-10-2016 12-19-2016   P   C  P    6
VIM        BEGINNERS ENGLISH GUITAR CLASS 11-20-2016 12-20-2016   P   C  P    6
VIM        BEGINNING WATERCOLOR PAINTING 11-15-2016  12-13-2016   P   C  P    6
VIM        TUTOR TRAIN-GED/ESL/ACE/VT/RPP 12-04-2016 12-12-2016   P   C  P   10
VIM        RPP NUTRITION CLASS (C1)      10-18-2016  11-22-2016   P   C  P   12
VIM        BEGINNERS DRAWING CLASS       08-17-2016  09-21-2016   P   C  P    6
VIM        COASTLNE COM COL AA DEGREE    12-01-2014  03-15-2016   P   C  P  240
VIM        COASTLINE CC HUMANITIES 110   01-31-2016  05-30-2016   C   C  P    0
VIM        BEGINNERS ENGLISH GUITAR CLASS 03-11-2016 04-15-2016   P   C  P    6
VIM        BEGINNERS SOUND ENGINEERING   03-09-2016  04-13-2016   P   C  P    6
VIM        BEGINNERS DRAWING CLASS       03-17-2016  04-21-2016   P   C  P    6
VIM        RECREATION AIDE (12 HOURS)    03-13-2016  04-17-2016   P   C  P    6
VIM        COASTLNE COM COL SOCIOLOGY100 08-23-2015  12-13-2015   C   C  P    0
VIM        COASTLINE CC PSYCH 116        08-23-2015  12-13-2015   C   C  P    0
VIM        COASTLINE COMM COLLEGE HISTORY 08-23-2015 12-13-2015   C   C  P    0
VIM        SOFTBALL OFFICIATING CLASS    01-25-2016  01-30-2016   P   C  P    6
VIM        INTERMEDIATE CROCHET CLASS    10-06-2015  11-10-2015   P   C  P    6
VIM        COASTLNE COL INTRO GERONTOLOGY 06-14-2015 08-07-2015   C   C  P    0
VIM        COASTLINE COMM COLLEGE SOCIOLO 06-14-2015 08-07-2015   C   C  P    0
VIM        COASTLINE CC PHILOSOPHY 115   06-14-2015  08-07-2015   C   C  P    0
VIM        BEGINNERS SOUND ENGINEERING   07-01-2015  08-12-2015   P   C  P    6
VIM        INTERMEDIATE CROCHET CLASS    06-21-2015  07-26-2015   P   C  P    6
VIM        ACE HOW TO AVOID RECIDIVISM   05-18-2015  06-22-2015   P   C  P   10
VIM        ACE HOW TO AVOID RECIDIVISM   05-18-2015  06-22-2015   P   C  P   10
VIM        SERVSAFE VT PROGRAM           05-20-2015  07-14-2015   P   C  M  300
VIM        RPP FCC AIDS AWARENESS (C1)   12-03-2014  12-03-2014   P   C  P    1
VIM        INTERMEDIATE BEADING CLASS    04-26-2015  05-31-2015   P   C  P    6

G0002      MORE PAGES TO FOLLOW . . .
```

Exhibit E-4

```
ASHHU              *      INMATE EDUCATION DATA       *      01-18-2020
PAGE 002 OF 002    *           TRANSCRIPT             *      14:34:53

REGISTER NO: 55535-083     NAME..: MCCOY                  FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: ASH-ASHLAND FCI
```

```
------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
VIM         ACE ART OF COMMUNICATION     05-10-2015 06-16-2015   P   C  P    10
VIM         PARENTING FROM A DISTANCE    02-20-2015 05-01-2015   P   C  P    10
VIM         PROFESSOR TEACHES OFFICE 2010 02-20-2015 05-25-2015  P   C  M   150
VIM         SOFTBALL OFFICIATING CLASS   04-13-2015 04-27-2015   P   C  P     6
VIM         TUTOR TRAIN-GED/ESL/ACE/VT/RPP 03-08-2015 04-05-2015 P   C  P    10
MCD         VT CORE CURRICULUM           01-27-2014 05-20-2014   P   C  C   115
MCD         VT BUSINESS MARKET 7:45-10:15 07-13-2012 11-30-2012  P   C  M   112
MCD         FRACTIONS                    08-28-2012 08-28-2012   P   C  P    10
MCD         BEGINNING GUITAR             08-17-2011 10-17-2011   P   C  P     1
MCD         INTRO TO COMPUTER USAGE      06-29-2011 08-03-2011   P   C  P     1
RBK         NCCC/PHI100/TUESDAY530-830PM 09-14-2010 01-22-2011   P   C  P    45
RBK         BROADSIDE BLING              06-20-2010 07-12-2010   P   C  P    24
RBK         SPOKEN WORD POETRY WORKSHOP  04-23-2010 04-30-2010   P   C  P    15
RBK         CLEP FINANCIAL ACCOUNTING    03-29-2008 06-19-2008   P   C  P    60
RBK         CAREER EXPLORATION SEMINARS 2H 11-13-2007 12-12-2007 P   C  P     4
RBK         CONCEPTS OF ELECT, M-TH 730X 10-30-2007 12-07-2007   P   W  I     6
RBK         PUBLIC SPEAKING TUE&THUR 5:30P 10-22-2007 11-01-2007 P   C  P    12
MCR         BEGINNING GUITAR THURSDAY    09-09-2006 09-20-2006   P   C  P     1
MCR         AEROBICS TUES/THUR/SAT 5:30 PM 06-06-2005 07-19-2005 P   C  P    16
MCR         PARENTING THURS 6-8 PM       05-12-2005 06-21-2005   P   C  P    12
MCR         PARENTING, THURSDAY 6-8 PM   01-20-2005 04-11-2005   P   C  P    16
MCR         CALISTENICS THUR 7:00 PM     01-16-2005 02-07-2005   P   C  P    16
```

```
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```