

**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MCCOY, THOMAS F  55535-083

SEQUENCE: 01201092
Team Date: 02-05-2020

| | | |
|---|---|---|
| Facility: | ASH ASHLAND FCI | Proj. Rel. Date: 08-08-2034 |
| Name: | MCCOY, THOMAS F | Proj. Rel. Mthd: GCT REL |
| Register No.: | 55535-083 | DNA Status: RBK01962 / 12-20-2010 |
| Age: | 36 | |
| Date of Birth: | 01-09-1984 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ASH | IND O | BUSINESS OFFICE | 07-10-2018 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ASH | ESL HAS | ENGLISH PROFICIENT | 11-29-2004 |
| ASH | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-05-2005 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ASH | | OFFICE MANAGER APPRENTICE | 04-01-2019 | CURRENT |
| ASH | | POST SECONDARY | 10-26-2017 | CURRENT |
| ASH | | YOUTH MENTOR PROGRAM | 11-01-2019 | CURRENT |
| ASH | C | LEAN SIX SIGMA | 12-04-2019 | 01-09-2020 |
| ASH | C | A&O WELLNESS AT RISK | 05-07-2018 | 05-11-2018 |
| VIM | C | COASTLINE CC BUS ORG & MGMT | 06-12-2017 | 09-07-2017 |
| VIM | C | COASTLNE COM COL BIOLOGY 100 | 06-12-2017 | 09-07-2017 |
| VIM | C | COASTLINE CC INTRO STATISTICS | 01-30-2017 | 05-30-2017 |
| VIM | C | BEGINNERS BEADING CLASS | 02-04-2017 | 03-11-2017 |
| VIM | C | INTERMEDIATE GUITAR CLASS | 01-09-2017 | 01-09-2017 |
| VIM | C | COASTLNE COM COL AA DEGREE | 03-03-2014 | 03-15-2016 |
| VIM | C | CORRESPONDENCE COURSE, | 12-01-2014 | 03-15-2016 |
| VIM | C | CORE STABILITY INSTRUCT TRAIN | 11-29-2016 | 01-03-2017 |
| VIM | C | BEGINNERS ENGLISH GUITAR CLASS | 11-10-2016 | 12-19-2016 |
| VIM | C | BEGINNERS ENGLISH GUITAR CLASS | 11-20-2016 | 12-20-2016 |
| VIM | C | BEGINNING WATERCOLOR PAINTING | 11-15-2016 | 12-13-2016 |
| VIM | C | TUTOR TRAIN-GED/ESL/ACE/VT/RPP | 12-04-2016 | 12-12-2016 |
| VIM | C | RPP NUTRITION CLASS (C1) | 10-18-2016 | 11-22-2016 |
| VIM | C | BEGINNERS DRAWING CLASS | 08-17-2016 | 09-21-2016 |
| VIM | C | COASTLNE COM COL AA DEGREE | 12-01-2014 | 03-15-2016 |
| VIM | C | COASTLINE CC HUMANITIES 110 | 01-31-2016 | 05-30-2016 |
| VIM | C | BEGINNERS ENGLISH GUITAR CLASS | 03-11-2016 | 04-15-2016 |
| VIM | C | BEGINNERS SOUND ENGINEERING | 03-09-2016 | 04-13-2016 |
| VIM | C | BEGINNERS DRAWING CLASS | 03-17-2016 | 04-21-2016 |
| VIM | C | RECREATION AIDE (12 HOURS) | 03-13-2016 | 04-17-2016 |
| VIM | C | COASTLNE COM COL SOCIOLOGY100 | 08-23-2015 | 12-13-2015 |
| VIM | C | COASTLINE CC PSYCH 116 | 08-23-2015 | 12-13-2015 |
| VIM | C | COASTLINE COMM COLLEGE | 08-23-2015 | 12-13-2015 |
| VIM | C | SOFTBALL OFFICIATING CLASS | 01-25-2016 | 01-30-2016 |
| VIM | C | INTERMEDIATE CROCHET CLASS | 10-06-2015 | 11-10-2015 |
| VIM | C | COASTLNE COL INTRO | 06-14-2015 | 08-07-2015 |
| VIM | C | COASTLINE COMM COLLEGE | 06-14-2015 | 08-07-2015 |
| VIM | C | COASTLINE CC PHILOSOPHY 115 | 06-14-2015 | 08-07-2015 |
| VIM | C | BEGINNERS SOUND ENGINEERING | 07-01-2015 | 08-12-2015 |
| VIM | C | INTERMEDIATE CROCHET CLASS | 06-21-2015 | 07-26-2015 |
| VIM | C | ACE HOW TO AVOID RECIDIVISM | 05-18-2015 | 06-22-2015 |
| VIM | C | ACE HOW TO AVOID RECIDIVISM | 05-18-2015 | 06-22-2015 |

Exhibit E-5



## Individualized Reentry Plan - Program Review (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MCCOY, THOMAS F   55535-083

SEQUENCE: 01201092
Team Date: 02-05-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| VIM | C | SERVSAFE VT PROGRAM | 05-20-2015 | 07-14-2015 |
| VIM | C | RPP FCC AIDS AWARENESS (C1) | 12-03-2014 | 12-03-2014 |
| VIM | C | INTERMEDIATE BEADING CLASS | 04-26-2015 | 05-31-2015 |
| VIM | C | ACE ART OF COMMUNICATION | 05-10-2015 | 06-16-2015 |
| VIM | C | PARENTING FROM A DISTANCE | 02-20-2015 | 05-01-2015 |
| VIM | C | PROFESSOR TEACHES OFFICE 2010 | 02-20-2015 | 05-25-2015 |
| VIM | C | SOFTBALL OFFICIATING CLASS | 04-13-2015 | 04-27-2015 |
| VIM | C | TUTOR TRAIN-GED/ESL/ACE/VT/RPP | 03-08-2015 | 04-05-2015 |
| MCD | C | VT CORE CURRICULUM | 01-27-2014 | 05-20-2014 |
| MCD | C | VT BUSINESS MARKET 7:45-10:15 | 07-13-2012 | 11-30-2012 |
| MCD | C | FRACTIONS | 08-28-2012 | 08-28-2012 |
| MCD | C | BEGINNING GUITAR | 08-17-2011 | 10-17-2011 |
| MCD | C | INTRO TO COMPUTER USAGE | 06-29-2011 | 08-03-2011 |
| RBK | C | NCCC/PHI100/TUESDAY530-830PM | 09-14-2010 | 01-22-2011 |
| RBK | C | BROADSIDE BLING | 06-20-2010 | 07-12-2010 |
| RBK | C | SPOKEN WORD POETRY WORKSHOP | 04-23-2010 | 04-30-2010 |
| RBK | C | CLEP FINANCIAL ACCOUNTING | 03-29-2008 | 06-19-2008 |
| RBK | C | CAREER EXPLORATION SEMINARS 2H | 11-13-2007 | 12-12-2007 |
| RBK | W | CONCEPTS OF ELECT, M-TH 730X | 10-30-2007 | 12-07-2007 |
| RBK | C | PUBLIC SPEAKING TUE&THUR 5:30P | 10-22-2007 | 11-01-2007 |
| MCR | C | BEGINNING GUITAR THURSDAY | 09-09-2006 | 09-20-2006 |
| MCR | C | AEROBICS TUES/THUR/SAT 5:30 PM | 06-06-2005 | 07-19-2005 |
| MCR | C | PARENTING THURS 6-8 PM | 05-12-2005 | 06-21-2005 |
| MCR | C | PARENTING, THURSDAY 6-8 PM | 01-20-2005 | 04-11-2005 |
| MCR | C | CALISTENICS THUR 7:00 PM | 01-16-2005 | 02-07-2005 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-13-2007 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-15-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-30-2014 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-30-2014 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 03-22-2009 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** PART   FINANC RESP-PARTICIPATES   **Start:** 03-29-2017
**Inmate Decision:** AGREED   50%   **Frequency:** MONTHLY
**Payments past 6 months:** $1,099.32   **Obligation Balance:** $29,662.28

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST FV | $38,209.77 | $29,662.28 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 01-10-2020 | ASH | PAYMENT | INSIDE PMT | $227.92 |
| | 12-10-2019 | ASH | PAYMENT | INSIDE PMT | $179.44 |
| | 11-09-2019 | ASH | PAYMENT | INSIDE PMT | $225.67 |



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MCCOY, THOMAS F   55535-083

SEQUENCE: 01201092
Team Date: 02-05-2020

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| | | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | | 10-10-2019 | ASH | PAYMENT | INSIDE PMT | $223.91 |
| | | | 09-11-2019 | ASH | PAYMENT | INSIDE PMT | $152.17 |
| | | | 08-10-2019 | ASH | PAYMENT | INSIDE PMT | $90.21 |

### Payment Details

Trust Fund Deposits - Past 6 months:  $3,879.81          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

### Progress since last review

Completed Lean Six Sigma.  Currently enrolled in Youth Mentor Program, Post Secondary Correspondence, and the Office Manager Apprenticeship Program.  He has maintained clear conduct since Sept 2014.  No progress saving money due to amount of time remaining to serve.

### Next Program Review Goals

Complete Lean Six Sigma.  Recommend you have your SS card and birth certificate mailed to Unit Team.  Due to documented substance abuse, recommend you complete NRDAP.  Send a copout to Psychology to enroll.

### Long Term Goals

Complete Youth Mentor Program no later than Feb 2021.  Continue progress with Post Secondary Correspondence with the goal of completing degree by Oct 2021.  Complete the Office Manager Apprenticeship Program  no later than April 2021.  Recommend you participate in the Mock Job Fair and submit a resume to Unit Team no later than Aug 2033.

### RRC/HC Placement

### Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account __ No assets nor liabilities noted in PSR __ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify)_____ YES _____ NO XX (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

Inmate was sentenced in the Eastern District of Virginia.
He is not a relocation case at this time.

Next review in February, unit team will look at a nearer release transfer closer to release address of Virginia Beach, VA.  He would like to complete programming prior to a transfer.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 01201092
Dept. of Justice / Federal Bureau of Prisons                      Team Date: 02-05-2020
Plan is for inmate: MCCOY, THOMAS F  55535-083

Name: MCCOY, THOMAS F  
Register No.: 55535-083  
Age: 36  
Date of Birth: 01-09-1984  

DNA Status: RBK01962 / 12-20-2010

---

Inmate   (MCCOY, THOMAS F. Register No.: 55535-083)

Date

Unit Manager / Chairperson                    Case Manager

Date                                          Date