# Ashworth College

*In recognition of the completion of the prescribed program of study*

## Associate of Applied Science in
## Business Management
## With Honors

*This Degree is hereby awarded to*

## Thomas McCoy

*In testimony whereof, this Diploma has been conferred in Atlanta, Georgia. Whereupon the undersigned have affixed their names on this Fifteenth day of March, Two Thousand Sixteen.*



_____  
Rob Klapper, President, CEO

_____  
F. Milton Miller, Ed.D, Vice President, Education

Exhibit E-6