

Exhibit E-7

# Coastline Community College

*Upon recommendation of the Faculty and under authorization granted by the Board of Trustees*

the Associate in Arts in

## Social and Behavioral Sciences

*is hereby conferred upon*

### Thomas F. McCoy

*with all Rights, Benefits and Privileges appertaining thereto in evidence of the satisfactory completion of the program. Given in the month of May, two thousand and nineteen.*

Lorraine Prinsky
President, District Board of Trustees

Loretta P. Adrian
President