

Exhibit E-8

ServSafe
National Restaurant Association

# ServSafe®
# CERTIFICATION

THOMAS MCCOY

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

| | |
|---|---|
| 12588540 | 5040 |
| CERTIFICATE NUMBER | EXAM FORM NUMBER |
| 7/14/2015 | 7/14/2020 |
| DATE OF EXAMINATION | DATE OF EXPIRATION |

Local laws apply. Check with your local regulatory agency for recertification requirements.

Sherman Brown
SVP, National Restaurant Association Solutions

ANSI
ACCREDITED PROGRAM
American National Standards Institute and the Conference for Food Protection ®

#0655

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068 2013 (Regulation 3.2, Standard A3.2)

©2015 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.
14102901 v.1401

Contact us with questions at 175 W Jackson Blvd. Ste 1500, Chicago, IL 60604 or ServSafe@restaurant.org.