# TRUE FATHER FIGURES (T.F.F.)

*"Circumstances Demand I Be Great"*

**PROGRAM MISSION STATEMENT:**

This is a Social & Behavioral Science Program. This Program consists of five phases, each of the five-phases are for weaving trust into the fabric of our communities. We have invested time in research and stream-lining resources, all in an effort to enhance our participant's presence in the community. We at T.F.F. focus on the necessary skills that enhance Status, Networking and Goal Achievement.

**GOAL(S):**

- Build Participant's awareness of their influence on others (vice versa);

- Develop Participants ability to identify behavior patterns; and

- Heighten Participant's sensitivity to self contribution (or the lack-thereof) to a given environment and/or culture.

These Goal(s) can and will be uniquely achieved. We here at TFF place emphasizes on the skills of "Critical Thinking" and incorporating Scientific Knowledge into the Participants daily lives. A True Father Figure is one who is knowledgeable of Socio-Economics and understands the importance in Self-Contribution.

**CURRICULUM:**

The five phase program

- PHASE I – The Prince
- PHASE II – Dynamic Communication
- PHASE III – Perception, Expectation, and Possible Conflict
- PHASE IV – The Woman
- PHASE V – Philanthropic Quest

By Thomas ("Zayne") McCoy

Exhibit E-9

*All quotes are original*