Institution Response - Inmate Request to Staff Member
Federal Correctional Institution
Ashland, Kentucky 41105

Inmate Name:        MCCOY, Thomas F
Register Number:    55535-083
Work Assignment:    IND O Business Office
Unit:               R/Preston

This is in response to your Inmate Request to Staff Member, dated February 3, 2020, in which you request consideration for a Compassionate Release/Reduction in Sentence under section 2. Initiation of Request – Extraordinary or Compelling Circumstances.

Program Statement 5050.50, "Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C 3582 and 4205 (g), dated January 17, 2019, addresses your request. While the Bureau of Prisons does afford the opportunity for inmates to be considered for a Compassionate Release/Reduction in Sentence, there are strict guidelines which govern this process. After a careful review of your request and the information provided, you do not meet the criteria for a Compassionate Release or Reduction in Sentence.

Your request for consideration for a Compassionate Release/Reduction in Sentence is denied. I trust this information has addressed your concerns.

_____         2-12-20
J. Amareld, Acting Warden          Date

**Exhibit E-10**