AO 450 Judgment in a Civil Case

*UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

THOMAS F. McCOY,

        Petitioner,

v.                                            Civil Case Number:    2:20cv254
                                                  Criminal Case Number:   2:03cr197-006

UNITED STATES OF AMERICA,

        Respondent.

**JUDGMENT**

[X]    **Decision by Court.**  This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Petitioner's (ECF 314) Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. 2255, is DISMISSED. The Court declines to issue a certificate of appealability.

                                                    FERNANDO GALINDO, CLERK

Date: May 28, 2020           By:                  /s/
                                                    Brian Peters, Deputy Clerk