FILED: December 2, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6821 (L)
(2:03-cr-00197-RAJ-6)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

THOMAS F. MCCOY

      Defendant - Appellee

_____

No. 20-6869
(1:95-cr-00202-CCB-3)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

KEITH E. BRYANT

      Defendant - Appellee

_____

No. 20-6875
(1:95-cr-00202-CCB-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

CRAIG LAMONT SCOTT

      Defendant - Appellee

_____

No. 20-6877
(1:95-cr-00202-CCB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

KITTRELL BERNARD DECATOR

      Defendant - Appellee

_____

J U D G M E N T
_____

    In accordance with the decision of this court, the judgment of the district court is affirmed.

    This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK