FILED: January 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6821 (L)
(2:03-cr-00197-RAJ-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

THOMAS F. MCCOY

  Defendant – Appellee


_____

No. 20-6869
(1:95-cr-00202-CCB-3)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

KEITH E. BRYANT

  Defendant – Appellee

_____

No. 20-6875
(1:95-cr-00202-CCB-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

CRAIG LAMONT SCOTT

    Defendant - Appellee

_____

No. 20-6877
(1:95-cr-00202-CCB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

KITTRELL BERNARD DECATOR

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered December 02, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                                                                */s/Patricia S. Connor, Clerk*